UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REID, | No. 2:17-CV-00868-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A.; HSBC BANK USA, N.A., and DOES 1 through 50, inclusive, | |
| Defendants. | |

On June 13, 2017, the parties notified the court they had reached a potential informal resolution. ECF No. 9. The parties requested to continue the hearing date for the initial pretrial scheduling conference and the pending motion to dismiss to August 11, 2017, so they could finalize a settlement. *Id.* The court granted the request and ordered the parties to file a joint status report seven days before the new hearing date. Minute Order, ECF No. 10. The parties have not filed the required status report by the court's deadline.

Accordingly, the court ORDERS both parties to show cause within seven (7) days why they should not be sanctioned in the amount of $250.00 each, or by dismissal of the case, for failing to heed the court's instruction.

DATED: August 7, 2017.

_____
UNITED STATES DISTRICT JUDGE